IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAVELLE ANTONIO COPELAND,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5600

Opinion filed March 1, 2017.

An appeal from an order of the Circuit Court for Duval County.
Roberto Arias, Judge.

Lavelle Antonio Copeland, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.